# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CORNELIOUS ROSS, | ) |
| Plaintiff, | ) Judge John Robert Blakey |
| v. | ) Case No.: 1:18-cv-03514 |
| DIVERSIFIED CONSULTANTS, INC., | ) Magistrate Judge Sidney I. Schenkier |
| Defendant. | ) |

## AGREED STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CORNELIOUS ROSS, and the Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective undersigned counsel and pursuant to F.R.C.P. 41, that the above-captioned action should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| s/ Joseph S. Davidson | s/ Daniel W. Pisani |
| Joseph S. Davidson | Daniel W. Pisani |
| Sulaiman Law Group, LTD. | Sessions Fishman Nathan & Israel, LLC |
| 2500 South Highland Avenue | 120 South LaSalle Street, Suite 1960 |
| Suite 200 | Chicago, Illinois 60603-3651 |
| Lombard, Illinois 60148 | Telephone: (312) 578-0994 |
| Telephone: (630) 581-5450 | dpisani@sessions.legal |
| jdavidson@sulaimanlaw.com | *Attorney For Defendant* |
| *Attorney For Plaintiff* | |